IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Criminal Action 90-18 |
| ) | |
| HERMAN WOODEN,           ) | |
| ) | |
| Defendant.               ) | |

**ORDER**

This matter comes before the Court on remand from the United States Court of Appeals for the Fourth Circuit for a determination of whether the defendant evidenced his desire to appeal the Court's Order of February 23, 2004.  For the reasons stated from the bench, the Court finds that Defendant delivered his notice of appeal for mailing on March 4, 2004 and it is hereby

ORDERED that Defendant made a timely notice of appeal of the February 23, 2004 Order.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 26___, 2005